RELIABLE WATER COMPANY v. MONROE TOWNSHIP MUNICIPAL UTILITIES AUTHORITY.

May 6, 1975. Cross-petition for certification denied.

STATE OF NEW JERSEY v. GENE DUNBAR.

May 6, 1975. Petition for certification granted.

STATE OF NEW JERSEY v. FLOYD ELLIOT.

May 6, 1975. Petition for certification denied.

REBERT REALTY CO., INC. v. J. A. M. REALTY COMPANY.

May 6, 1975. Petition for certification denied.

PAUL E. LaBEAUME v. BOARD OF ADJUSTMENT OF THE TOWNSHIP OF BERNARDS.

May 6, 1975. Petition for certification denied.

NICHOLAS FRANCISCONE v. WILLIAM RANCITELLI.

May 6, 1975. Petition for certification denied.